## MELVIN DORR *versus* WILLIAM C. JOHNSON

JOURNAL ENTRIES (1821): *Journal 3:* (1) Office judgment stricken, leave to withdraw declaration *p. 200; (2) rule for special bail or procedendo *p. 213; (3) rule for remand by procedendo *p. 223.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) declaration; (4) precipe for office judgment; (5) return to writ of habeas corpus; (6) copy of indorsement on county court capias; (7) copy of promissory note.

*1821 Calendar,* MS p. 42.

## JOSEPH CAMPAU *versus* EZRA BALDWIN

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Appearance *p. 200; (2) continued *p. 260; (3) motion for rule to declare, or nonsuit *p. 509. *Journal 4:* (4) Motion for rule to show cause against judgment denied, motion to quash granted, cause remanded MS p. 27.

PAPERS IN FILE: (1) Petition and affidavit for certiorari, allowance; (2) writ of certiorari; (3) transcript of county court record; (4) transcript from county court journal; (5) extracts from county court record; (6) motion to quash habeas corpus and certiorari.

*1821 Calendar,* MS p. 47.